IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,              )
Administrator of the Estate   )
of Melinda Jo Williams,       )
Deceased,                     )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      3:11cv919-MHT
                              )         (WO)
U-HAUL INTERNATIONAL, INC.,   )
a Corporation; et al.,        )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 17), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Eberly Transportation, d/b/a Two Men and a Truck, and the claims against it are dismissed without prejudice.

The court assumes that defendant Eberly Transportation, d/b/a Two Men and a Truck, has no objection to this dismissal; however, if it does, it must

file the objection within seven days from the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant Eberly Transportation, d/b/a Two Men and a Truck, is terminated as a party.

This case is not closed.

DONE, this the 29th day of November, 2011.


　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE