IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ERIC LEE KELLEY, )<br>Administrator of the Estate )<br>of Melinda Jo Williams, )<br>Deceased, )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>U-HAUL INTERNATIONAL, INC., )<br>a Corporation; et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:11cv919-MHT<br>(WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 18) is granted and that defendant David Walker, d/b/a Custom Trucks Unlimited, and the claims against him are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant David Walker, d/b/a Custom Trucks Unlimited, is terminated as a party.

This case is not closed.

DONE, this the 29th day of November, 2011.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE