IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,              )
Administrator of the Estate   )
of Melinda Jo Williams,       )
Deceased,                     )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      3:11cv919-MHT
                              )          (WO)
U-HAUL INTERNATIONAL, INC.,   )
a Corporation; et al.,        )
                              )
    Defendants.               )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 18) is granted and that defendant David Walker, d/b/a Custom Trucks Unlimited, and the claims against him are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Defendant David Walker, d/b/a Custom Trucks Unlimited, is terminated as a party.

This case is not closed.

DONE, this the 29th day of November, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**