IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,                )
Administrator of the Estate     )
of Melinda Jo Williams,         )
Deceased,                       )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )     3:11cv919-MHT
                                )         (WO)
U-HAUL INTERNATIONAL, INC.,     )
a Corporation; et al.,          )
                                )
     Defendants.                )


TIFFANY McKEEN, as the          )
Administrator of the Estate     )
of Steven Amos Williams,        )
deceased,                       )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )     3:11cv980-MHT
                                )         (WO)
U-HAUL INTERNATIONAL, INC.,     )
a Corporation; et al.,          )
                                )
     Defendant.                 )
```

```
TAMMY JOHNSTON,                )
Individually and as Next       )
Friend and Legal Guardian      )
of H.M.W., a minor child,      )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      3:11cv981-MHT
                               )           (WO)
U-HAUL INTERNATIONAL, INC.,    )
a Corporation, et al.,         )
                               )
     Defendants.               )
```

## JUDGMENT

It is ORDERED as follows:

(1) The motion to dismiss regarding Walker, LLC, filed on August 1 and 2, 2012, in the above-styled three cases, is granted.

(2) Walker, LLC is dismissed as a defendant and as a cross-claim defendant in these three cases.

(3) Walker, LLC is terminated completely as a party in these three cases.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    These three cases are not closed.

    DONE, this the 3rd day of August, 2012.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE