IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,              )
Administrator of the Estate   )
of Melinda Jo Williams,       )
Deceased,                     )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     3:11cv919-MHT
                              )        (WO)
U-HAUL INTERNATIONAL, INC.,   )
a Corporation; et al.,        )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion for extension of deadline (doc. no. 93) is granted as requested.

DONE, this the 4th day of December, 2012.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE