IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,                )
Administrator of the            )
Estate of Melinda Jo            )
Williams, deceased,             )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      3:11cv919-MHT
                                )          (WO)
U-HAUL INTERNATIONAL, INC.,     )
et al.,                         )
                                )
    Defendants.                 )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 110), it is the ORDER, JUDGMENT, and DECREE of the court that the claims brought by plaintiff Eric Lee Kelley (as Administrator of the Estate of Melinda Jo Williams, deceased) against Katherine Miller (as Administratrix of the Estate of Irene Katherine Miller, deceased), U-Haul International, Inc., and Sovran Holdings, Inc. (a/k/a Sovran Acquisition Limited Partnership) d/b/a Uncle Bob's

Self Storage are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All other claims in this case remain pending. This case is not closed.

DONE, this the 25th day of January, 2013.

      /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**