IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,                )
Administrator of the            )
Estate of Melinda Jo            )
Williams, deceased,             )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )      3:11cv919-MHT
                                )          (WO)
CJR ENTERPRISES, INC.,          )
d/b/a Two Men and a Truck,      )
                                )
    Defendant.                  )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 136), it is the ORDER, JUDGMENT, and DECREE of the court that cross-claimant Katherine Miller (administrator of the estate of Irene Katherine Miller) and her claims are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed. All parties, except plaintiff Eric Lee Kelley (administrator of the estate of Melinda Jo Williams, deceased) and defendant CJR Enterprises, Inc. (d/b/a Two Men and a Truck), are terminated.

DONE, this the 15th day of February, 2013.

                                          /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE